This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

No. A-1-CA-42234

**U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF CABANA SERIES V. TRUST,**

Plaintiff-Appellee,

v.

**NANCY WILS, MORTGAGE ELECTRONIC REGISTRATION SYSTEM INC., AND THE UNKNOWN SPOUSE OF NANCY WILS, IF ANY,**

Defendants

and

**MATT MCDONALD, AS TRUSTEE FOR THE 5301 VICKSBURGE DR NW TRUST,**

Intervenor-Appellant.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Victor S. Lopez, District Court Judge**

McCarthy & Holthus LLP
Jason Bousliman
Albuquerque, NM

for Appellee

Lopez Law NM, LLC
Patrick Lopez
Albuquerque, NM

for Appellant

**MEMORANDUM OPINION**

**BACA, Judge.**

**{1}** Summary reversal in part, and affirmance in part, was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary reversal, in part, and affirmance in part, has been filed and the time for doing so has expired. **REVERSED, IN PART, AND AFFIRMED IN PART.**

**{2}     IT IS SO ORDERED.**

**GERALD E. BACA, Judge**

**WE CONCUR:**

**MEGAN P. DUFFY, Judge**

**JANE B. YOHALEM, Judge**